IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE,

    Plaintiff,                                         Case No.: 4:15-MC-00005

v.

JOHN DOES 1-5,

    Defendant(s),

---

**NOTICE OF COMMENCEMENT**

---

Jane Doe, the copyright owner for various photographs that have been posted to the internet without her consent or authorization by an anonymous user, commences this action pursuant to 17 U.S.C. § 512(h) of the Digital Millenium Copyright Act ("DMCA"), for the purpose of issuing subpoenas to identify the infringer, and to obtain any orders necessary to compel compliance with all necessary discovery requests.

As required by Section 512(h)(2)(A) of the DMCA, attached to this Notice of Commencement as **Exhibit "A"** are copies of Jane Doe's 17 U.S.C. § 512(c)(3)(A) DMCA Takedown Notifications. As required by Section 512(h)(2)(B) of the DMCA, attached to this Notice of Commencement as **Exhibit "B"** are copies of the proposed subpoenas Jane Doe initially intends to issue to obtain the identity of the infringer.  As required by Section 512(h)(2)(C), attached as **Exhibit "C"** is a sworn declaration of the undersigned attesting that the effect and purpose for which the subpoenas are sought is to obtain the identity of the infringer and that all information obtained will only be used for the purpose of protecting rights under the DMCA.

*TAL 451941209v1*

The subpoenas that are to be issued in this proceeding authorize and order the service provider receiving the notification and the subpoena to expeditiously disclose to the copyright owner information sufficient to identify the infringer to the extent such information is available to the service provider.  Because the Takedown Notifications, proposed subpoenas, and accompanying declaration are permissible and in the proper form, the clerk shall permit the issuance of the subpoenas forthwith.  17 U.S.C. § 512(h)(4).  In accordance with 17 U.S.C. § 512(h)(5), the Federal Rules of Civil Procedure shall govern this proceeding and the issuance, service, and enforcement of subpoenas *duces tecum* issued herein.

    Respectfully submitted**,**

    /S/ **MICHAEL H. MOODY**
    Florida Bar No. 66471
    **John K. Londot**
    Florida Bar No. 579521

    **GREENBERG TRAURIG, P.A.**
    101 East College Avenue
    Tallahassee, FL  32301
    Telephone (850) 222-6891
    Facsimile (850) 521.1341
    Moodym@gtlaw.com
    LondotJ@gtlaw.com
    TrammelC@gtlaw.com
    *Counsel for Jane Doe*