

**Exhibit "A"**



Michael Moody
Tel 850.425.8544
Fax 850.521.1341
moodym@gtlaw.com

February 13, 2015

**VIA EMAIL (DMCA@THEDIRTY.COM); FACSIMILE AND CERTIFIED MAIL**

David Gingras, Esq.
Gingras Law Office, PLLC
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Fax: (480) 248-3196

**Re: DMCA Infringement Notification and Take Down Request**

Dear Mr. Gingras:

We represent Ms. [redacted]. We are serving this letter on you to notify you that certain content on the website TheDirty.com is infringing on at least one copyright owned by Ms. [redacted]. More specifically, without authorization, one of your users posted an image to which the lawful copyright owner is Ms. [redacted]. Ms. [redacted] is the exclusive owner of the copyrights in and to the image below:



ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

* OPERATES AS GREENBERG TRAURIG MAHER LLP
+ OPERATES AS GREENBERG TRAURIG, S.C.
** STRATEGIC ALLIANCE
∞ OPERATES AS GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA
¤ OPERATES AS GREENBERG TRAURIG HORITSU JIMUSHO
~ OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.

The image appears at the following web addresses on TheDirty.com (and possibly on other web addresses on the site as well, since it appears to have shifted locations on the site in the recent past[1]):

http://www.thedirty.com/popular/[redacted]
http://thedirty.com/tag/[redacted]

The undersigned has a good faith belief that use of the image in the manner described herein is not authorized by Ms. [redacted], the person Ms. [redacted] acquired the exclusive copyrights to the image from, nor any agent of any of the foregoing, or the law. Under penalty of perjury, the undersigned represents and is authorized, with respect to this matter, to act on behalf of Ms. [redacted], the owner of the exclusive copyrights described above, and believes the information in this notice to be accurate. As such, we ask that you remove this infringing material.

Please be advised that this letter is not intended as a complete statement of the facts or law as they pertain to this matter. Ms. [redacted] reserves all rights and remedies.

Very truly yours,

Michael H. Moody
Greenberg Traurig, LLP
101 East College Avenue
Tallahassee, FL 32301
(850) 425-8544 (voice)
(850) 521.1341 (fax)

[1] The image has also been on the website under the following web addresses:

http://thedirty.com/2014/04/[redacted]
http://thedirty.com/wp-content/uploads/[redacted]
http://thedirty.com/wp-content/uploads/[redacted]
http://thedirty.com/popular/[redacted]
http://thedirty.com/[redacted]



Michael Moody
Tel 850.222.6891
Fax 850.681.0207
moodym@gtlaw.com

February 13, 2015

**VIA EMAIL (ABUSE@PHOTOBUCKET.COM; LEGAL@PHOTOBUCKET.COM) AND CERTIFIED MAIL**

Copyright Agent
Photobucket.com, Inc.
PO Box 13003
Denver, CO 80201
Fax: (303) 395-1165

**Re: DMCA Infringement Notification and Take Down Request**

Dear Sir or Madam:

We represent Ms. [redacted]. We are serving this letter on you to notify you that certain content on the website TinyPic.com (owned by photobucket.com, and to which Photobucket, Inc. is the Registrant, Admin, and Tech Organization per ICANN's whois directory) is infringing on at least one copyright owned by Ms. [redacted]. More specifically, without authorization, one of your users posted an image to which the lawful copyright owner is Ms. [redacted]. Ms. [redacted] is the exclusive owner of the copyrights in and to the image below:

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

* OPERATES AS GREENBERG TRAURIG MAHER LLP
+ OPERATES AS GREENBERG TRAURIG, S.C.
** STRATEGIC ALLIANCE
∞ OPERATES AS GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA
¤ OPERATES AS GREENBERG TRAURIG HORITSU JIMUSHO
~ OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.

The foregoing image appears at the following web address on TinyPic.com (and possibly on other web addresses on the site as well): http://[redacted]

The undersigned has a good faith belief that use of the image in the manner described herein is not authorized by Ms. [redacted], the person Ms. [redacted] acquired the exclusive copyrights to the image from, nor any agent of any of the foregoing, or the law. Under penalty of perjury, the undersigned represents and is authorized, with respect to this matter, to act on behalf of Ms. [redacted], the owner of the exclusive copyrights described above, and believes the information in this notice to be accurate. As such, we ask that you remove this infringing material.

Please be advised that this letter is not intended as a complete statement of the facts or law as they pertain to this matter. Ms. [redacted] reserves all rights and remedies.

Very truly yours,

[signature]

Michael H. Moody
Greenberg Traurig, LLP
101 East College Avenue
Tallahassee, FL 32301
(850) 425-8544 (voice)
(850) 521.1341 (fax)




Michael Moody
Tel 850.222.6891
Fax 850.681.0207
moodym@gtlaw.com

February 13, 2015

**VIA EMAIL (PRIVACY@TINYPIC.COM; LEGAL@TINYPIC.COM)**
**AND CERTIFIED MAIL**

TinyPic.com
P.O. Box 13003
Denver, CO 80201

**Re: DMCA Infringement Notification and Take Down Request**

Dear Sir or Madam:

We represent Ms. [redacted]. We are serving this letter on you to notify you that certain content on the website TinyPic.com is infringing on at least one copyright owned by Ms. [redacted]. More specifically, without authorization, one of your users posted an image to which the lawful copyright owner is Ms. [redacted]. Ms. [redacted] is the exclusive owner of the copyrights in and to the image below:



ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

* OPERATES AS GREENBERG TRAURIG MAHER LLP
+ OPERATES AS GREENBERG TRAURIG, S.C.
** STRATEGIC ALLIANCE
∞ OPERATES AS GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA
¤ OPERATES AS GREENBERG TRAURIG HORITSU JIMUSHO
~ OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.

The foregoing image appears at the following web address on TinyPic.com (and possibly on other web addresses on the site as well): [REDACTED]

The undersigned has a good faith belief that use of the image in the manner described herein is not authorized by Ms. [REDACTED], the person Ms. [REDACTED] acquired the exclusive copyrights to the image from, nor any agent of any of the foregoing, or the law. Under penalty of perjury, the undersigned represents and is authorized, with respect to this matter, to act on behalf of Ms. [REDACTED], the owner of the exclusive copyrights described above, and believes the information in this notice to be accurate. As such, we ask that you remove this infringing material.

Please be advised that this letter is not intended as a complete statement of the facts or law as they pertain to this matter. Ms. [REDACTED] reserves all rights and remedies.

Very truly yours,

[signature]

Michael H. Moody
Greenberg Traurig, LLP
101 East College Avenue
Tallahassee, FL 32301
(850) 425-8544 (voice)
(850) 521.1341 (fax)