**Exhibit "C"**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JANE DOE,

    Plaintiff,

v.

JOHN DOES 1-5,

    Defendant(s),

Case No.:

---

## DECLARATION IN SUPPORT OF REQUESTS
## FOR ISSUANCE OF 17 U.S.C. § 512(H) SUBPOENAS

---

I, Michael H. Moody, Esq., declare as follows:

1) I am an attorney licensed to practice law in the State of Florida and am associated with Greenberg Traurig, P.A. I am authorized to act on behalf of Jane Doe on matters involving the infringement of Jane Doe's copyrighted works. I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto.

2) I submit this declaration in support of Jane Doe's requests for issuance of subpoenas pursuant to the Digital Millenium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoenas"), to identify the alleged infringer who posted content to which Jane Does holds the exclusive copyright, without her consent, on the websites THEDIRTY.COM, FSUACB.COM, TINYPIC.COM, FACEBOOK.COM, I.IMGUR.COM, TOTALFRATMOVE.COM, and GREEKRANK.COM.

3) The purpose for which the DMCA Subpoenas are sought is to obtain the identity of the alleged infringer (or infringers) and such information will only be used for the purpose of protecting Jane Doe's rights under 17 U.S.C. § 100, *et. seq.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ [signature]
Florida Bar No. 66471

**GREENBERG TRAURIG, P.A.**
101 East College Avenue
Tallahassee, FL 32301
Telephone (850) 222-6891
Facsimile (850) 521.1341
Moodym@gtlaw.com
TrammelC@gtlaw.com
*Counsel for Jane Doe*

2

TAL 451941214v1