# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JANE DOE,

    Plaintiff,

v.                              CASE NO. 4:15mc5-RH/CAS

JOHN DOES 1-5,

    Defendants.

_____/

## ORDER DENYING THE MOTION TO QUASH

This case is before the court on the report and recommendation, ECF No. 6, and the objections, ECF No. 7. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motion to quash, ECF No. 3, is DENIED.

SO ORDERED on November 11, 2015.

                                        s/Robert L. Hinkle
                                        United States District Judge